**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| JESUS GUILLERMO LOPEZ HERNANDEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 6:26-cv-03340-MBB |
| | ) | |
| TODD BLANCHE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## <u>ORDER</u>

On June 12, 2026, Petitioner, through counsel Brandon Carter, filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.  (**Doc. 1**).  Mr. Carter claims he is an attorney "licensed in the State of Illinois and admitted to practice before the United States District Court for the Norther District of Illinois."  (**Doc. 6**, p. 1).  On June 18, 2026, Mr. Carter moved for an exemption to Local Rule 83.5(g), which requires him to associate with an active member in good standing of this Bar.  (*Id.* at pp. 2-3).  The Court denied Mr. Carter's motion and ordered him to associate with local counsel on or before July 8, 2026.  Mr. Carter has not done so.

Accordingly, Mr. Carter is hereby removed from this case.  *See* **Local Rule 83.5(g)(3)**. The Clerk of Court is directed to strike **Doc. 1** and **Doc. 8**.  The Clerk of Court shall mail a copy of this order to Petitioner at the Greene County Jail in Springfield, Missouri.  Petitioner shall have 60 days to retain replacement counsel or represent himself.  If Petitioner fails to retain replacement counsel or otherwise prosecute this action within 60 days, the Court will dismiss this case.

**IT IS SO ORDERED.**

/s/ Megan Blair Benton
MEGAN BLAIR BENTON
UNITED STATES DISTRICT JUDGE

Dated: <u>July 10, 2026</u>